IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| William G. Noland | : | Case No.: 14-61984 |
| Debtor | : | Judge Russ Kendig |

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and Debtor(s) have completed all payments under the Chapter 13 Plan:

**Part 1: Mortgage Information**

Creditor Name: **FCI LENDING SERVICES**
Court Proof of Claim number: **003A**
Last 4 digits of any number used to identify account: **9915;0991; 8264/arrears**
Property Address: **12652 Clinton Rd**

**Part 2: Cure Amount**

Total cure disbursements made by Trustee:

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $7,257.84 |
| b. | Prepetition arrearage paid by Trustee: | **(b) $7,257.84** |
| c. | Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $0.00 |
| d. | Amount of post-petition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by Trustee: | **(d) $0.00** |
| e. | Allowed post-petition arrearage: | (e) $0.00 |
| f. | Post-petition arrearage paid by Trustee: | **(f) $0.00** |
| g. | TOTAL. Add lines b, d, and f. | **(g) $7,257.84** |

**Part 3: Post-petition Mortgage payment**

X     Mortgage is paid through Trustee.
      Current monthly mortgage payment: **$933.42**
      Next post-petition payment is due on: **December 2019**

      Mortgage is paid directly by Debtor(s).

**Part 4: A Response is Required by Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), Creditor must file and serve on Debtor(s), their Counsel, and Trustee, within 21 days after service of this notice, a statement indicating whether Creditor agrees that Debtor(s) have paid in full the amount required to cure the default and stating whether Debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject Creditor to further action of the Court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by Trustee is attached to copies of this notice sent to Debtor(s) and Creditor.

      /s/ Dynele L. Schinker-Kuharich
      Dynele L. Schinker-Kuharich (0069389)
      Chapter 13 Trustee
      A. Michelle Jackson Limas (0074750)
      Staff Counsel to the Chapter 13 Trustee
      200 Market Avenue North, Ste. 30
      Canton, OH 44702
      Telephone: 330.455.2222
      Facsimile: 330.754.6133
      Email: DLSK@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, a true and correct copy of the Notice of Final Cure Payment was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee at dlsk@Chapter13Canton.com
- Trent A. Binger, Counsel for William G. Noland, at newfreshstart7@yahoo.com

and by regular U.S. mail, postage prepaid, upon:

William G. Noland, Debtor
12652 Clinton Road
Doylestown, OH 44230

FCI LENDING SERVICES, Creditor
PO BOX 27370
ANAHEIM HILLS, CA 92809-0112

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 003 | 1 | 10.24.2019 | 19_10 | FCI LENDING SERVICES | System Disbursement | 819518 | 933.42 | 933.42 | 0.00 |
| Cleared: | | | | Posted: 10.24.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 09.30.2019 | 19_09 | FCI LENDING SERVICES | System Disbursement | 818256 | 933.42 | 933.42 | 0.00 |
| Cleared: 10.07.2019 | | | | Posted: 09.30.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 08.30.2019 | 19_08 | FCI LENDING SERVICES | System Disbursement | 816525 | 995.39 | 995.39 | 0.00 |
| Cleared: 09.05.2019 | | | | Posted: 08.30.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 07.31.2019 | 19_07 | FCI LENDING SERVICES | System Disbursement | 814801 | 995.39 | 995.39 | 0.00 |
| Cleared: 08.06.2019 | | | | Posted: 07.31.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 06.28.2019 | 19_06 | FCI LENDING SERVICES | System Disbursement | 813197 | 995.39 | 995.39 | 0.00 |
| Cleared: 07.05.2019 | | | | Posted: 06.28.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 05.31.2019 | 19_05 | FCI LENDING SERVICES | System Disbursement | 811468 | 995.39 | 995.39 | 0.00 |
| Cleared: 06.06.2019 | | | | Posted: 05.31.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 04.30.2019 | 19_04 | FCI LENDING SERVICES | System Disbursement | 809580 | 1,990.78 | 1,990.78 | 0.00 |
| Cleared: 05.07.2019 | | | | Posted: 04.30.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 03.29.2019 | 19_03 | FCI LENDING SERVICES | System Disbursement | 807934 | 995.39 | 995.39 | 0.00 |
| Cleared: 04.03.2019 | | | | Posted: 03.29.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 01.31.2019 | 19_01 | FCI LENDING SERVICES | System Disbursement | 804774 | 995.39 | 995.39 | 0.00 |
| Cleared: 02.11.2019 | | | | Posted: 01.31.2019 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 12.31.2018 | 18_12 | FCI LENDING SERVICES | System Disbursement | 803311 | 995.39 | 995.39 | 0.00 |
| Cleared: 01.14.2019 | | | | Posted: 12.31.2018 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 11.30.2018 | 18_11 | FCI LENDING SERVICES | System Disbursement | 801853 | 995.39 | 995.39 | 0.00 |
| Cleared: 12.05.2018 | | | | Posted: 11.30.2018 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 10.31.2018 | 18_10 | FCI LENDING SERVICES | System Disbursement | 800439 | 995.39 | 995.39 | 0.00 |
| Cleared: 11.09.2018 | | | | Posted: 10.31.2018 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 09.28.2018 | 18_09 | FCI LENDING SERVICES | System Disbursement | 768994 | 929.22 | 929.22 | 0.00 |
| Cleared: 10.11.2018 | | | | Posted: 09.28.2018 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 08.31.2018 | 18_08 | FCI LENDING SERVICES | System Disbursement | 767629 | 929.22 | 929.22 | 0.00 |
| Cleared: 09.06.2018 | | | | Posted: 08.31.2018 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 07.31.2018 | 18_07 | FCI LENDING SERVICES | System Disbursement | 766104 | 929.22 | 929.22 | 0.00 |
| Cleared: 08.08.2018 | | | | Posted: 07.31.2018 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 2 | 003 | 1 | 06.29.2018 | 18_06 | FCI LENDING SERVICES | System Disbursement | 764768 | 1,858.44 | 1,858.44 | 0.00 |
| Cleared: 07.12.2018 | | | | Posted: 06.29.2018 | PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |

14-61984-rk  Doc 70  FILED 10/28/19  ENTERED 10/28/19 09:09:54  Page 4 of

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 003 | 1 | 05.31.2018 | 18_05 | FCI LENDING SERVICES | System Disbursement | 763356 | 929.22 | 929.22 | 0.00 |
| Cleared: 06.08.2018 | | | Posted: 05.31.2018 | PO BOX 27370   ANAHEIM HILLS  CA  92809-0112 | | | | | | |
| 2 | 003 | 1 | 04.30.2018 | 18_04 | FCI LENDING SERVICES | System Disbursement | 761893 | 1,858.44 | 1,858.44 | 0.00 |
| Cleared: 05.10.2018 | | | Posted: 04.30.2018 | PO BOX 27370   ANAHEIM HILLS  CA  92809-0112 | | | | | | |
| 2 | 003 | 1 | 01.31.2018 | 18_01 | FCI LENDING SERVICES | System Disbursement | 757679 | 929.22 | 929.22 | 0.00 |
| Cleared: 02.16.2018 | | | Posted: 01.31.2018 | PO BOX 27370   ANAHEIM HILLS  CA  92809-0112 | | | | | | |
| 2 | 003 | 1 | 12.29.2017 | 17_12 | FCI LENDING SERVICES | System Disbursement | 756336 | 1,858.44 | 1,858.44 | 0.00 |
| Cleared: 01.04.2018 | | | Posted: 12.29.2017 | PO BOX 27370   ANAHEIM HILLS  CA  92809-0112 | | | | | | |
| 2 | 003 | 1 | 12.27.2017 | 17_12 | FAY SERVICING LLC | Cancellation of Disbursement | 754890 | (929.22) | (929.22) | 0.00 |
| Cleared: 12.27.2017 | | | Posted: 12.27.2017 | 3000 KELLWAY DRIVE   STE 150  CARROLTON  TX  75006- | | | | | | |
| 2 | 003 | 1 | 11.30.2017 | 17_11 | FAY SERVICING LLC | System Disbursement | 754890 | 929.22 | 929.22 | 0.00 |
| Cleared: 12.27.2017 | | | Posted: 11.30.2017 | 3000 KELLWAY DRIVE   STE 150  CARROLTON  TX  75006- | | | | | | |
| 2 | 003 | 1 | 10.31.2017 | 17_10 | FAY SERVICING LLC | System Disbursement | 753368 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 11.10.2017 | | | Posted: 10.31.2017 | 3000 KELLWAY DRIVE   STE 150  CARROLTON  TX  75006- | | | | | | |
| 2 | 003 | 1 | 09.29.2017 | 17_09 | FAY SERVICING LLC | System Disbursement | 751821 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 10.12.2017 | | | Posted: 09.29.2017 | 3000 KELLWAY DRIVE   STE 150  CARROLTON  TX  75006- | | | | | | |
| 2 | 003 | 1 | 08.31.2017 | 17_08 | FAY SERVICING LLC | System Disbursement | 750281 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 09.13.2017 | | | Posted: 08.31.2017 | 3000 KELLWAY DRIVE   STE 150  CARROLTON  TX  75006- | | | | | | |
| 2 | 003 | 1 | 07.31.2017 | 17_07 | HOME SERVICING LLC | System Disbursement | 748842 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 08.17.2017 | | | Posted: 07.31.2017 | 2431 S ACADIAN THRUWAY  SUITE 525 BATON ROUGE  LA  70808- | | | | | | |
| 2 | 003 | 1 | 06.30.2017 | 17_06 | HOME SERVICING LLC | System Disbursement | 747271 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 07.14.2017 | | | Posted: 06.30.2017 | 2431 S ACADIAN THRUWAY  SUITE 525 BATON ROUGE  LA  70808- | | | | | | |
| 2 | 003 | 1 | 05.31.2017 | 17_05 | HOME SERVICING LLC | System Disbursement | 745650 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 07.06.2017 | | | Posted: 05.31.2017 | 2431 S ACADIAN THRUWAY  SUITE 525 BATON ROUGE  LA  70808- | | | | | | |
| 2 | 003 | 1 | 04.28.2017 | 17_04 | HOME SERVICING LLC | System Disbursement | 744147 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 05.08.2017 | | | Posted: 04.28.2017 | 2431 S ACADIAN THRUWAY  SUITE 525 BATON ROUGE  LA  70808- | | | | | | |
| 2 | 003 | 1 | 03.31.2017 | 17_03 | HOME SERVICING LLC | System Disbursement | 742612 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 04.10.2017 | | | Posted: 03.31.2017 | 2431 S ACADIAN THRUWAY  SUITE 525 BATON ROUGE  LA  70808- | | | | | | |
| 2 | 003 | 1 | 02.28.2017 | 17_02 | HOME SERVICING LLC | System Disbursement | 741044 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 03.10.2017 | | | Posted: 02.28.2017 | 2431 S ACADIAN THRUWAY  SUITE 525 BATON ROUGE  LA  70808- | | | | | | |
| 2 | 003 | 1 | 01.31.2017 | 17_01 | HOME SERVICING LLC | System Disbursement | 739579 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 02.09.2017 | | | Posted: 01.31.2017 | 2431 S ACADIAN THRUWAY  SUITE 525 BATON ROUGE  LA  70808- | | | | | | |

14-61984-rk  Doc 70  FILED 10/28/19  ENTERED 10/28/19 09:09:54  Page 5 o

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 003 | 1 | 12.30.2016 | 16_12 | CARRINGTON MORTGAGE SER | System Disbursement | 738740 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 01.05.2017 | | | Posted: 12.30.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 11.30.2016 | 16_11 | CARRINGTON MORTGAGE SER | System Disbursement | 737284 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 12.07.2016 | | | Posted: 11.30.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 10.31.2016 | 16_10 | CARRINGTON MORTGAGE SER | System Disbursement | 735653 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 11.08.2016 | | | Posted: 10.31.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 09.30.2016 | 16_09 | CARRINGTON MORTGAGE SER | System Disbursement | 733049 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 10.05.2016 | | | Posted: 09.30.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 08.31.2016 | 16_08 | CARRINGTON MORTGAGE SER | System Disbursement | 730962 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 09.08.2016 | | | Posted: 08.31.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 07.29.2016 | 16_07 | CARRINGTON MORTGAGE SER | System Disbursement | 729168 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 08.03.2016 | | | Posted: 07.29.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 06.30.2016 | 16_06 | CARRINGTON MORTGAGE SER | System Disbursement | 726859 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 07.07.2016 | | | Posted: 06.30.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 05.31.2016 | 16_05 | CARRINGTON MORTGAGE SER | System Disbursement | 724299 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 06.07.2016 | | | Posted: 05.31.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 04.29.2016 | 16_04 | CARRINGTON MORTGAGE SER | System Disbursement | 721839 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 05.04.2016 | | | Posted: 04.29.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 03.31.2016 | 16_03 | CARRINGTON MORTGAGE SER | System Disbursement | 719139 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 04.06.2016 | | | Posted: 03.31.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 02.29.2016 | 16_02 | CARRINGTON MORTGAGE SER | System Disbursement | 716808 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 03.07.2016 | | | Posted: 02.29.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 01.29.2016 | 16_01 | CARRINGTON MORTGAGE SER | System Disbursement | 714509 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 02.08.2016 | | | Posted: 01.29.2016 | PO BOX 3730  ANAHEIM  CA  92806- | | | | | | |
| 2 | 003 | 1 | 12.30.2015 | 15_12 | CITIMORTGAGE INC | System Disbursement | 712032 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 01.21.2016 | | | Posted: 12.30.2015 | PO BOX 688971  DES MOINES  IA  50368-8971 | | | | | | |
| 2 | 003 | 1 | 11.30.2015 | 15_11 | CITIMORTGAGE INC | System Disbursement | 709450 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 12.11.2015 | | | Posted: 11.30.2015 | PO BOX 688971  DES MOINES  IA  50368-8971 | | | | | | |
| 2 | 003 | 1 | 10.30.2015 | 15_10 | CITIMORTGAGE INC | System Disbursement | 706911 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 11.05.2015 | | | Posted: 10.30.2015 | PO BOX 688971  DES MOINES  IA  50368-8971 | | | | | | |
| 2 | 003 | 1 | 09.30.2015 | 15_09 | CITIMORTGAGE INC | System Disbursement | 704281 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 10.13.2015 | | | Posted: 09.30.2015 | PO BOX 688971  DES MOINES  IA  50368-8971 | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **DISBURSEMENTS** | | | | | | **CASE NUMBER** | 1461984 | | |
| through 10/28/2019 | | | | | | **DEBTOR** | Noland, William G. | | |
| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 003 | 1 | 08.31.2015 | 15_08 | CITIMORTGAGE INC | System Disbursement | 701691 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 09.08.2015 | | | Posted: 08.31.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |
| 2 | 003 | 1 | 07.31.2015 | 15_07 | CITIMORTGAGE INC | System Disbursement | 698958 | 2,040.98 | 2,040.98 | 0.00 |
| Cleared: 08.10.2015 | | | Posted: 07.31.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |
| 2 | 003 | 1 | 06.30.2015 | 15_06 | CITIMORTGAGE INC | System Disbursement | 696206 | 1,020.49 | 1,020.49 | 0.00 |
| Cleared: 07.09.2015 | | | Posted: 06.30.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |
| 2 | 003 | 1 | 04.30.2015 | 15_04 | CITIMORTGAGE INC | System Disbursement | 690597 | 837.17 | 837.17 | 0.00 |
| Cleared: 05.11.2015 | | | Posted: 04.30.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |
| 2 | 003 | 1 | 03.31.2015 | 15_03 | CITIMORTGAGE INC | System Disbursement | 687719 | 837.17 | 837.17 | 0.00 |
| Cleared: 04.09.2015 | | | Posted: 03.31.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |
| 2 | 003 | 1 | 02.27.2015 | 15_02 | CITIMORTGAGE INC | System Disbursement | 684901 | 1,674.34 | 1,674.34 | 0.00 |
| Cleared: 03.12.2015 | | | Posted: 02.27.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |
| 2 | 003 | 1 | 01.30.2015 | 15_01 | CITIMORTGAGE INC | System Disbursement | 682106 | 837.17 | 837.17 | 0.00 |
| Cleared: 02.09.2015 | | | Posted: 01.30.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |
| 2 | 003 | 1 | 12.31.2014 | 14_12 | CITIMORTGAGE INC | System Disbursement | 679044 | 2,511.51 | 2,511.51 | 0.00 |
| Cleared: 01.09.2015 | | | Posted: 12.31.2014 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |

| | |
|---|---|
| Total Principal | 60,349.61 |
| Total Interest | 0.00 |
| Total | 60,349.61 |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| DISBURSEMENTS through 10/28/2019 | | | | | CASE NUMBER 1461984 DEBTOR Noland, William G. | | | | | |
| 3 | 003A | 1 | 08.30.2019 | 19_08 | FCI LENDING SERVICES | System Disbursement | 816526 | 3.72 | 3.72 | 0.00 |
| | | | Cleared: 09.05.2019 | | Posted: 08.30.2019 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 07.31.2019 | 19_07 | FCI LENDING SERVICES | System Disbursement | 814800 | 179.70 | 179.70 | 0.00 |
| | | | Cleared: 08.06.2019 | | Posted: 07.31.2019 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 06.28.2019 | 19_06 | FCI LENDING SERVICES | System Disbursement | 813198 | 179.67 | 179.67 | 0.00 |
| | | | Cleared: 07.05.2019 | | Posted: 06.28.2019 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 05.31.2019 | 19_05 | FCI LENDING SERVICES | System Disbursement | 811467 | 156.26 | 156.26 | 0.00 |
| | | | Cleared: 06.06.2019 | | Posted: 05.31.2019 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 04.30.2019 | 19_04 | FCI LENDING SERVICES | System Disbursement | 809581 | 468.74 | 468.74 | 0.00 |
| | | | Cleared: 05.07.2019 | | Posted: 04.30.2019 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 01.31.2019 | 19_01 | FCI LENDING SERVICES | System Disbursement | 804773 | 627.47 | 627.47 | 0.00 |
| | | | Cleared: 02.11.2019 | | Posted: 01.31.2019 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 12.31.2018 | 18_12 | FCI LENDING SERVICES | System Disbursement | 803312 | 156.21 | 156.21 | 0.00 |
| | | | Cleared: 01.14.2019 | | Posted: 12.31.2018 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 11.30.2018 | 18_11 | FCI LENDING SERVICES | System Disbursement | 801852 | 156.26 | 156.26 | 0.00 |
| | | | Cleared: 12.05.2018 | | Posted: 11.30.2018 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 10.31.2018 | 18_10 | FCI LENDING SERVICES | System Disbursement | 800438 | 156.25 | 156.25 | 0.00 |
| | | | Cleared: 11.09.2018 | | Posted: 10.31.2018 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 09.28.2018 | 18_09 | FCI LENDING SERVICES | System Disbursement | 768993 | 679.71 | 679.71 | 0.00 |
| | | | Cleared: 10.11.2018 | | Posted: 09.28.2018 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 08.31.2018 | 18_08 | FCI LENDING SERVICES | System Disbursement | 767627 | 209.54 | 209.54 | 0.00 |
| | | | Cleared: 09.06.2018 | | Posted: 08.31.2018 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 07.31.2018 | 18_07 | FCI LENDING SERVICES | System Disbursement | 766105 | 207.55 | 207.55 | 0.00 |
| | | | Cleared: 08.08.2018 | | Posted: 07.31.2018 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 06.29.2018 | 18_06 | FCI LENDING SERVICES | System Disbursement | 764769 | 120.02 | 120.02 | 0.00 |
| | | | Cleared: 07.12.2018 | | Posted: 06.29.2018 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 01.31.2018 | 18_01 | FCI LENDING SERVICES | System Disbursement | 757678 | 136.12 | 136.12 | 0.00 |
| | | | Cleared: 02.16.2018 | | Posted: 01.31.2018 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 12.29.2017 | 17_12 | FCI LENDING SERVICES | System Disbursement | 756335 | 490.04 | 490.04 | 0.00 |
| | | | Cleared: 01.04.2018 | | Posted: 12.29.2017 PO BOX 27370  ANAHEIM HILLS  CA  92809-0112 | | | | | |
| 3 | 003A | 1 | 12.27.2017 | 17_12 | FAY SERVICING LLC | Cancellation of Disbursement | 754889 | (353.43) | (353.43) | 0.00 |
| | | | Cleared: 12.27.2017 | | Posted: 12.27.2017 3000 KELLWAY DRIVE   STE 150  CARROLTON  TX  75006- | | | | | |

Date Printed    10/28/2019                                      Ref Number = 3                                           Page 1 of 3

14-61984-rk    Doc 70    FILED 10/28/19    ENTERED 10/28/19 09:09:54    Page 8 of

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 003A | 1 | 11.30.2017 | 17_11 | FAY SERVICING LLC | System Disbursement | 754889 | 353.43 | 353.43 | 0.00 |
| | | | Cleared: 12.27.2017 | Posted: 11.30.2017 | 3000 KELLWAY DRIVE STE 150 CARROLTON TX 75006- | | | | | |
| 3 | 003A | 1 | 10.31.2017 | 17_10 | FAY SERVICING LLC | System Disbursement | 753362 | 64.20 | 64.20 | 0.00 |
| | | | Cleared: 11.10.2017 | Posted: 10.31.2017 | 3000 KELLWAY DRIVE STE 150 CARROLTON TX 75006- | | | | | |
| 3 | 003A | 1 | 09.29.2017 | 17_09 | FAY SERVICING LLC | System Disbursement | 751822 | 59.23 | 59.23 | 0.00 |
| | | | Cleared: 10.12.2017 | Posted: 09.29.2017 | 3000 KELLWAY DRIVE STE 150 CARROLTON TX 75006- | | | | | |
| 3 | 003A | 1 | 08.31.2017 | 17_08 | FAY SERVICING LLC | System Disbursement | 750283 | 275.90 | 275.90 | 0.00 |
| | | | Cleared: 09.13.2017 | Posted: 08.31.2017 | 3000 KELLWAY DRIVE STE 150 CARROLTON TX 75006- | | | | | |
| 3 | 003A | 1 | 07.31.2017 | 17_07 | HOME SERVICING LLC | System Disbursement | 748843 | 59.22 | 59.22 | 0.00 |
| | | | Cleared: 08.17.2017 | Posted: 07.31.2017 | 2431 S ACADIAN THRUWAY SUITE 525 BATON ROUGE LA 70808- | | | | | |
| 3 | 003A | 1 | 06.30.2017 | 17_06 | HOME SERVICING LLC | System Disbursement | 747270 | 275.72 | 275.72 | 0.00 |
| | | | Cleared: 07.14.2017 | Posted: 06.30.2017 | 2431 S ACADIAN THRUWAY SUITE 525 BATON ROUGE LA 70808- | | | | | |
| 3 | 003A | 1 | 05.31.2017 | 17_05 | HOME SERVICING LLC | System Disbursement | 745651 | 59.20 | 59.20 | 0.00 |
| | | | Cleared: 07.06.2017 | Posted: 05.31.2017 | 2431 S ACADIAN THRUWAY SUITE 525 BATON ROUGE LA 70808- | | | | | |
| 3 | 003A | 1 | 04.28.2017 | 17_04 | HOME SERVICING LLC | System Disbursement | 744146 | 59.23 | 59.23 | 0.00 |
| | | | Cleared: 05.08.2017 | Posted: 04.28.2017 | 2431 S ACADIAN THRUWAY SUITE 525 BATON ROUGE LA 70808- | | | | | |
| 3 | 003A | 1 | 03.31.2017 | 17_03 | HOME SERVICING LLC | System Disbursement | 742613 | 274.50 | 274.50 | 0.00 |
| | | | Cleared: 04.10.2017 | Posted: 03.31.2017 | 2431 S ACADIAN THRUWAY SUITE 525 BATON ROUGE LA 70808- | | | | | |
| 3 | 003A | 1 | 02.28.2017 | 17_02 | HOME SERVICING LLC | System Disbursement | 741045 | 59.41 | 59.41 | 0.00 |
| | | | Cleared: 03.10.2017 | Posted: 02.28.2017 | 2431 S ACADIAN THRUWAY SUITE 525 BATON ROUGE LA 70808- | | | | | |
| 3 | 003A | 1 | 01.31.2017 | 17_01 | HOME SERVICING LLC | System Disbursement | 739578 | 59.61 | 59.61 | 0.00 |
| | | | Cleared: 02.09.2017 | Posted: 01.31.2017 | 2431 S ACADIAN THRUWAY SUITE 525 BATON ROUGE LA 70808- | | | | | |
| 3 | 003A | 1 | 12.30.2016 | 16_12 | CARRINGTON MORTGAGE SER | System Disbursement | 738740 | 59.23 | 59.23 | 0.00 |
| | | | Cleared: 01.05.2017 | Posted: 12.30.2016 | PO BOX 3730 ANAHEIM CA 92806- | | | | | |
| 3 | 003A | 1 | 11.30.2016 | 16_11 | CARRINGTON MORTGAGE SER | System Disbursement | 737284 | 275.72 | 275.72 | 0.00 |
| | | | Cleared: 12.07.2016 | Posted: 11.30.2016 | PO BOX 3730 ANAHEIM CA 92806- | | | | | |
| 3 | 003A | 1 | 10.31.2016 | 16_10 | CARRINGTON MORTGAGE SER | System Disbursement | 735653 | 59.47 | 59.47 | 0.00 |
| | | | Cleared: 11.08.2016 | Posted: 10.31.2016 | PO BOX 3730 ANAHEIM CA 92806- | | | | | |
| 3 | 003A | 1 | 09.30.2016 | 16_09 | CARRINGTON MORTGAGE SER | System Disbursement | 733048 | 59.23 | 59.23 | 0.00 |
| | | | Cleared: 10.05.2016 | Posted: 09.30.2016 | PO BOX 3730 ANAHEIM CA 92806- | | | | | |
| 3 | 003A | 1 | 08.31.2016 | 16_08 | CARRINGTON MORTGAGE SER | System Disbursement | 730963 | 275.78 | 275.78 | 0.00 |
| | | | Cleared: 09.08.2016 | Posted: 08.31.2016 | PO BOX 3730 ANAHEIM CA 92806- | | | | | |

14-61984-rk Doc 70 FILED 10/28/19 ENTERED 10/28/19 09:09:54 Page 9 o

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DISBURSEMENTS through 10/28/2019 | | CASE NUMBER 1461984 DEBTOR Noland, William G. | | | | | |
| 3 | 003A | 1 | 07.29.2016 | 16_07 | CARRINGTON MORTGAGE SER | System Disbursement | 729172 | 59.22 | 59.22 | 0.00 |
| | Cleared: 08.03.2016 | | Posted: 07.29.2016 | | PO BOX 3730  ANAHEIM  CA 92806- | | | | | |
| 3 | 003A | 1 | 06.30.2016 | 16_06 | CARRINGTON MORTGAGE SER | System Disbursement | 726853 | 275.59 | 275.59 | 0.00 |
| | Cleared: 07.07.2016 | | Posted: 06.30.2016 | | PO BOX 3730  ANAHEIM  CA 92806- | | | | | |
| 3 | 003A | 1 | 05.31.2016 | 16_05 | CARRINGTON MORTGAGE SER | System Disbursement | 724300 | 58.07 | 58.07 | 0.00 |
| | Cleared: 06.07.2016 | | Posted: 05.31.2016 | | PO BOX 3730  ANAHEIM  CA 92806- | | | | | |
| 3 | 003A | 1 | 04.29.2016 | 16_04 | CARRINGTON MORTGAGE SER | System Disbursement | 721831 | 74.30 | 74.30 | 0.00 |
| | Cleared: 05.04.2016 | | Posted: 04.29.2016 | | PO BOX 3730  ANAHEIM  CA 92806- | | | | | |
| 3 | 003A | 1 | 03.31.2016 | 16_03 | CARRINGTON MORTGAGE SER | System Disbursement | 719138 | 515.05 | 515.05 | 0.00 |
| | Cleared: 04.06.2016 | | Posted: 03.31.2016 | | PO BOX 3730  ANAHEIM  CA 92806- | | | | | |
| 3 | 003A | 1 | 02.29.2016 | 16_02 | CARRINGTON MORTGAGE SER | System Disbursement | 716809 | 74.63 | 74.63 | 0.00 |
| | Cleared: 03.07.2016 | | Posted: 02.29.2016 | | PO BOX 3730  ANAHEIM  CA 92806- | | | | | |
| 3 | 003A | 1 | 01.29.2016 | 16_01 | CARRINGTON MORTGAGE SER | System Disbursement | 714515 | 74.22 | 74.22 | 0.00 |
| | Cleared: 02.08.2016 | | Posted: 01.29.2016 | | PO BOX 3730  ANAHEIM  CA 92806- | | | | | |
| 3 | 003A | 1 | 12.30.2015 | 15_12 | CITIMORTGAGE INC | System Disbursement | 712033 | 74.01 | 74.01 | 0.00 |
| | Cleared: 01.21.2016 | | Posted: 12.30.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |
| 3 | 003A | 1 | 11.30.2015 | 15_11 | CITIMORTGAGE INC | System Disbursement | 709451 | 149.84 | 149.84 | 0.00 |
| | Cleared: 12.11.2015 | | Posted: 11.30.2015 | | PO BOX 688971  DES MOINES IA 50368-8971 | | | | | |

|  |  |
|---|---|
| Total Principal | 7,257.84 |
| Total Interest | 0.00 |
| Total | 7,257.84 |

14-61984-rk  Doc 70  FILED 10/28/19  ENTERED 10/28/19 09:09:54  Page 10